THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

KENNETH JEFFREYS,
an individual,

       Plaintiff,

vs.                          CASE NO.:    5:17-cv-00088-FL

AMERCO REAL ESTATE COMPANY,
a Nevada Corporation,

       Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses this action in its entirety with prejudice and, except as otherwise agreed, each party shall bear its respective fees and costs.

Respectfully Submitted,

**KU & MUSSMAN, P.A.**
Attorneys for Plaintiff
6001 NW 153rd Street, Suite 100
Miami Lakes, FL 33014
Tel: (305) 891-1322
Fax: (305) 891-4512

By: */s/ Walter E. Daniels*
     KU & MUSSMAN, P.A.
     Attorney for Plaintiff
     Walter E. Daniels III, Esq.
     NC Bar No. 27219
     14 South Pack Square, Suite 502
     Asheville, North Carolina 28801
     Tel: (828) 258-7022
     Fax: (888) 277-2412

1

danielslawfirm.p.c@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy of the foregoing has been furnished by U.S. Mail to:

Margaret K. Thies
BRYAN CAVE LLP
One Wells Fargo Center
301 S. College Street, Suite 3900
Charlotte, NC 28202

By: */s/ Walter E. Daniels*
     Walter E. Daniels III, Esq.